IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAGER PRO INC.                                                                          PLAINTIFF

VS.                                                  CIVIL ACTION NO. 1:20-CV-17-GHD-DAS

BACKWOODS SOLUTIONS, LLC; and
WILDLIFE DOMINION MANAGEMENT LLC                                      DEFENDANTS

### ORDER GRANTING DEFENDANTS' MOTIONS TO STAY PROCEEDINGS PENDING _INTER PARTES_ REVIEW OF PLAINTIFF'S PATENTS

Presently before the Court is Defendants Backwoods Solutions, LLC, and Wildlife Dominion Management LLC's Motion to Stay Proceedings Pending _Inter Partes_ Review of Plaintiff's Patents [33]. For the reasons stated in the Court's associated Opinion on the matter, the Defendants' Motion [33] is GRANTED AS STIPULATED.

It is ORDERED that within fourteen (14) days, the Defendants shall each either (1) file with the Court a signed copy of the following stipulation, or (2) notify the Court in writing of their decision not to sign the following stipulation:

> As a condition of the stay, Defendant may not argue invalidity at trial based on prior art printed publications that were submitted to the Patent Trial and Appeal Board ("the Board") of the United States Patent and Trademark Office ("USPTO") in the _Inter Partes_ review ("IPR") proceeding pertaining to this case, as well as any prior art printed publications submitted in any newly requested reexamination process. However, Defendant will be permitted to rely for obviousness on the combination of printed publication references that were submitted by petitioner in the IPR process with prior art that was not so submitted. Should the Defendant seek a request for reexamination, it must do so within ninety (90) days of filing its stipulation. The Defendant agrees to be bound by the Board's ruling to the same extent as the petitioner that filed the request for review, subject to the rights existing after any ruling is made, such as the right to an appeal.

It is further ORDERED that as to each Defendant entering into the stipulation, a stay of all proceedings shall ensue.

It is so ORDERED, this the 11th day of December, 2020.

_____
SENIOR U.S. DISTRICT JUDGE